ALEX G. TSE (CA Bar No. 152348)
Acting United States Attorney
SARA WINSLOW (DC Bar No. 457643)
Chief, Civil Division
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925
    Facsimile: (415) 436-6748
    sara.winslow@usdoj.gov

Attorneys for the United States of America

**FILED**
JAN 1 9 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* RABINOWITZ,<br><br>    Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION, *et al.*,<br><br>    Defendants. | Case No. C 14-1049 JSC<br><br>**UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE IN PART; [PROPOSED] ORDER TO UNSEAL**<br><br>**FILED UNDER SEAL** |

    1. Pursuant to 31 U.S.C. § 3730 (b)(4), the United States hereby notifies the Court that it elects to intervene in this False Claims Act *qui tam* action as to Defendant Lockheed Martin Corporation.

    2. The United States declines to intervene as to the remaining defendants.

    3. The parties have entered into a Settlement Agreement in this case. Defendant Lockheed Martin Corporation's payment under the Settlement Agreement is due February 11, 2018. After receiving payment of the settlement amount, the United States and the Relator will file a stipulation of dismissal in this action pursuant to the terms and conditions of the Settlement Agreement.

U.S. NOTICE OF ELECTION TO INTERVENE IN PART
No. C 14-1049 JSC

4. The United States requests that the Court unseal: (a) Relator's Complaint; (b) the summons, if any; (c) the scheduling order; (d) this Notice of Election and accompanying [Proposed] Order Lifting Seal, and (e) subsequent filings in this action. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

Dated: January 12, 2018         By: /s/ Sara Winslow
                                    SARA WINSLOW
                                    Assistant United States Attorney

### [~~PROPOSED~~] ORDER TO UNSEAL

Upon consideration of the United States' Notice of Election to Intervene in Part and Decline in Part, the Court rules as follows.

1. The seal shall be lifted as to: (a) Relator's Complaint; (b) the summons, if any; (c) the scheduling order; (d) this Notice of Election and accompanying [Proposed] Order; and (e) all subsequent filings in this action.

2. All other previously filed contents of the Court's file in this action shall remain under seal and not be made public or served upon the Defendants.

IT IS SO ORDERED.

Dated: 1-18-18

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

U.S. NOTICE OF ELECTION TO INTERVENE IN PART
No. C 14-1049 JSC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, et al., | Case No. 14-cv-01049-JSC |
|---|---|
| Plaintiffs, | *SEALED* |
| v. | **CERTIFICATE OF SERVICE** |
| LOCKHEED MARTIN CORPORATION, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 19, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office or by email.

Claire Sylvia
Larry Zoglin
Phillips & Cohen LLP
100 The Embarcadero, Suite 300
San Francisco, CA 94105

Sara Winslow
Sara.winslow@usdoj.gov

Dated: January 19, 2018

Susan Y. Soong
Clerk, United States District Court

By: _____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

### Form 12's re Supervised Release Violations and Probation Violations

- Judge who is still on the bench and available
  - Form 12 goes to that judge

- Judge who is still on the bench but unavailable
  - Form 12 signed by general duty judge

- Judge who is no longer on the bench or Senior Judge who is no longer taking criminal cases
  - If general duty judge is located in same division, GDJ signs Form 12 and CRD contacts Intake to have case reassigned to them. If Form 12 is for a different division, GDJ CRD contacts Intake for that division to reassign case. Form 12 is forwarded to that judge's CRD

- Senior Judge Who is no longer taking criminal cases but manages their old criminal cases
  - Form 12 goes to that Judge or Form 12 signed by GDJ if unavailable